## BAXLEY v. PREFERRED SAVINGS BANK

No. 541P89

Case below: 96 N.C.App. 275

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## BRADY v. GREAT AMERICAN INS. CO.

No. 162P89

Case below: 92 N.C.App. 755

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## BRITT v. UPCHURCH

No. 551PA89

Case below: 96 N.C.App. 257

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1990.

## CODY v. SNIDER LUMBER CO.

No. 573PA89

Case below: 96 N.C.App. 293

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals allowed 7 February 1990.

## DAVIS AND DAVIS REALTY CO. v. RODGERS

No. 571P89

Case below: 96 N.C.App. 306

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.